**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBBIN DEE ROWE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-0852- JLT<br><br>ORDER GRANTING THE REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

On February 3, 2017, the parties filed a stipulation for an extension of time for Plaintiff to file an opening brief in the action. Specifically, the parties stipulated "to extend the time for Plaintiff to file [an] Opening brief to April 7, 2017." (Doc. 10 at 2)

Notably, the Scheduling Order permits a thirty-day extension by the stipulation of parties (Doc. 3 at 4), which has not been used by the parties. Because Defendant served its response to Plaintiff's confidential letter brief on January 3, 2017 (Doc. 9), Plaintiff's opening brief was due on February 6, 2017. (*See* Doc. 3 at 2) (directing Plaintiff to file an opening brief within thirty days of the date of service if Defendant did not agree to a remand) Thus, Plaintiff seeks an extension of sixty days to file the opening brief.

As indicated in the Scheduling Order, any request for modification of the briefing schedule beyond the thirty-days permitted by stipulation "must be made by written motion and will only be granted for good cause." (Doc. 3 at 4) Plaintiff contends that the extension "is needed in order to

properly address the issues within the administrative record in this matter." (Doc. 10 at 2)  Because Defendant does not oppose the request, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief no later than **April 7, 2017**; and
3. Plaintiff is advised that no further extensions will be granted without a showing of exceptional good cause.

IT IS SO ORDERED.

Dated:   **February 21, 2017**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

2