1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11   RAYLENE DUKE,                          )   Case No.: 1:16-cv-0852- JLT
                                            )
12              Plaintiff,                   )   AMENDED ORDER GRANTING THE REQUEST
                                            )   FOR AN EXTENSION OF TIME
13        v.                                 )
                                            )   (Doc. 10)
14   NANCY A. BERRYHILL[1],                  )
     Acting Commissioner of Social Security, )
15                                          )
                Defendant.                   )
16   _____)

17        On February 3, 2017, the parties filed a stipulation for an extension of time for Plaintiff to file

18   an opening brief in the action.  Specifically, the parties stipulated "to extend the time for Plaintiff to

19   file [an] Opening brief to April 7, 2017."  (Doc. 10 at 2)

20        Notably, the Scheduling Order permits a thirty extension by the stipulation of parties (Doc. 3 at

21   4), which has not been used by the parties.  Because Defendant served its response to Plaintiff's

22   confidential letter brief on January 3, 2017 (Doc. 9), Plaintiff's opening brief was due on February 6,

23   2017.  (*See* Doc. 3 at 2) (directing Plaintiff to file an opening brief within thirty days of the date of

24   service if Defendant did not agree to a remand)  Thus, Plaintiff seeks an extension of sixty days to file

25   the opening brief.

26        As indicated in the Scheduling Order, any request for modification of the briefing schedule

27

28        [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, Nancy A. Berryhill is substituted for her predecessor, Carolyn W. Colvin, as the defendant.

1   beyond the thirty-days permitted by stipulation "must be made by written motion and will only be

2   granted for good cause."  (Doc. 3 at 4)  Here, Plaintiff contends that the extension "is needed in order

3   to properly address the issues within the administrative record in this matter."  (Doc. 10 at 2)  Because

4   Defendant does not oppose the request, the Court **ORDERS**:

5           1.      The request for an extension of time is **GRANTED**;

6           2.      Plaintiff **SHALL** file an opening brief no later than **April 7, 2017**; and

7           3.      Plaintiff is advised that no further extensions will be granted without a showing of

8                   exceptional good cause.

9

10  IT IS SO ORDERED.

11      Dated:    **February 28, 2017**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28