# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYLENE DUKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-0852 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE THE STIPLULATION FILED AS DOCKET DOCUMENT #17<br><br>(Doc. 19) |

Raylene Duke seeks to withdraw the stipulation identified as Document Number 17 on the docket, reporting there was an error in docketing the document. (Doc. 19) Plaintiff moves that the document be stricken, as the stipulation has been filed as Document Number 18. (*Id.* at 1) Based upon the foregoing, the Court **ORDERS**:

　　　1.　　Plaintiff's motion to strike is **GRANTED**; and

　　　2.　　The Clerk of Court is directed to strike Document Number 17 from the docket.

IT IS SO ORDERED.

　Dated:　**September 29, 2017**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE