1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RAYLENE DUKE,                          )  Case No.: 1:16-cv-0852 - JLT
                                           )
12            Plaintiff,                    )  ORDER AWARDING ATTORNEY'S FEES
                                           )  PURSUANT TO THE EQUAL ACCESS TO
13       v.                                 )  JUSTICE ACT
                                           )
14  NANCY A. BERRYHILL,                     )
    Acting Commissioner of Social Security, )
15                                          )
              Defendant.                    )
16  _____    )

17        On September 21, 2017, Raylene Duke and Nancy Berryhill, Acting Commissioner of Social

18  Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to

19  Justice Act, 28 U.S.C. § 2412(d).  (Doc. 18) Accordingly, subject to the terms of the parties'

20  stipulation, the Court **ORDERS**:   fees in the total amount of $4,000.00 are **AWARDED** to Plaintiff,

21  Raylene Duke.

22

23  IT IS SO ORDERED.

24     Dated:    **September 29, 2017**              **/s/ Jennifer L. Thurston**
25                                                   UNITED STATES MAGISTRATE JUDGE

26

27

28

                                           1